# Notice Recipients

District/Off: 0425−1     User: skh     Date Created: 12/16/2013
Case: 1:10−bk−10105     Form ID: pdf001     Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| intp | Robert L. Johns | rjohns@turnerjohns.com |
| tr | Robert L. Johns | rjohns@turnerjohns.com |
| aty | George L. Lemon | georgelemon@frontier.com |
| aty | Robert L. Johns | rjohns@turnerjohns.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Gary David Guy | HC 76 Box 87−A | Union, WV 24983 | |
| 2060565 | FrANKLIN AMERICAN MORTGAGE COMPANY | PAYMENT PROCESSING | 201 CORPORATE CENTRE DRIVE SIOTE 400 | FRANKLIN TN 37067 |

TOTAL: 2